IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY F. EMMERICK,

     Plaintiff,

            JUDGMENT IN A CIVIL CASE

v.

            11-cv-860-bbc

STATE OF WISCONSIN,
COUNTY OF WOOD, WISCONSIN,
WOOD COUNTY COURT BRANCH II,
WOOD COUNTY SHERIFF'S
DEPARTMENT and/or OFFICE,

     Defendants.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice under Fed. R. Civ. P. 8.

By: _____     4-4-12
     Peter Oppeneer, Clerk of Court          Date