IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY F. EMMERICK,

    Plaintiff,　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　　11-cv-860-bbc

STATE OF WISCONSIN,
COUNTY OF WOOD, WISCONSIN,
WOOD COUNTY COURT BRANCH II,
WOOD COUNTY SHERIFF'S
DEPARTMENT and/or OFFICE,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice under Fed. R. Civ. P. 8.

By: *[signature]*, Deputy Clerk　　　　　　　　4-4-12
    Peter Oppeneer, Clerk of Court　　　　　　　　Date